FILED

12/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0569

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0569

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                                     O R D E R

ZACARIAS WAYNE RAGSDALE,

     Defendant and Appellant.

_____

Appellee State of Montana and Appellant Zacarias Wayne Ragsdale, by and through their respective counsel, stipulate and jointly move for an order dismissing this appeal and remanding the matter to the District Court with instructions for that court to amend its written judgment to reduce Ragsdale's restitution obligation.

Ragsdale appealed from the August 11, 2022 Sentence, Order to Close File, and Order Exonerating Bond entered in the Eighth Judicial District Court, Cascade County, Cause No. ADC-20-737. The parties advise this Court that as part of a plea agreement, Ragsdale agreed to pay restitution to the victims of his offense. Twenty victims submitted pecuniary loss affidavits and supporting documents, with their claimed losses totaling $19,252.53. However, the District Court ordered Ragsdale to pay $19,752.53—an apparent calculation error of the amounts owed two victims, G.S. and G.B., by $250 each.

Without necessarily agreeing with all arguments advanced by Ragsdale on appeal, the State concedes that it is in the interests of justice and efficiency to remand this case and direct the District Court to amend the written judgment to reflect the correct restitution amount. Ragsdale agrees to dismiss the remainder of his appeal with prejudice.

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Eighth Judicial District Court, Cascade County, with instructions for the District Court to amend its August

11, 2022 Sentence, Order to Close File, and Order Exonerating Bond in Cause No. ADC-20-737 to reduce the restitution amounts owed to victims G.S. and G.B. by $250 each and to reduce Ragsdale's total restitution obligation to $19,252.53.

IT IS FURTHER ORDERED that this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable David J. Grubich.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 19 2023